## Elvin V. Erickson, Appellant, v. Lily R. Erickson, Appellee.

Gen. No. 45,457.

Mulder & Frankel, for appellant; John Mulder, of counsel; Roy F. Uhlir, for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full. Opinion filed October 24, 1951; released for publication November 21, 1951.